UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **DELILAH EUGENA SMITH**

Case No. 18-46400 TJT
Chapter 13
Debtor.
Judge Thomas J. Tucker

_____

**ORDER *DENYING* FEE APPLICATION**

      This case is before the Court on the fee application of Acclaim Legal Services, PLLC, filed on December 28, 2018 (Docket # 47, the "Fee Application"). In the Fee Application, the Debtor's counsel seeks allowance of pre-confirmation fees in the amount of $6,351.00 and expenses of $67.80. No timely objections to the Fee Application were filed.

      The Court must deny the Fee Application, because the Fee Application is inconsistent with the Order Confirming Plan in this case, filed December 12, 2018 (Docket # 44). That Order allowed a fee of $3,500.00 and expenses of $0.00.

      For this reason,

      IT IS ORDERED that the Fee Application (Docket # 47) is denied.

**Signed on January 25, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge